Appeal No.    2021AP1001

STATE OF WISCONSIN

Cir. Ct. No.  2019SC2864

IN COURT OF APPEALS
DISTRICT II

PJL PROPERTIES, LLC AND PETER J. LONG,

   PLAINTIFFS-APPELLANTS,

   V.

A & BE HEATING AND COOLING, LLC,

   DEFENDANT-RESPONDENT.

FILED

July 28, 2022

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Ave., Suite 1020
Milwaukee, Wisconsin  53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI  54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd., Suite 300
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Daniel J. Bissett
Circuit Court Judge
Electronic Notice

Tara Berry
Clerk of Circuit Court
Winnebago County Courthouse
Electronic Notice

A & BE Heating and Cooling, LLC
2944 Jackson St.
Oshkosh, WI 54901

Peter J. Long, #383030
Kettle Moraine Correctional Inst.
P.O. Box 282
Plymouth, WI 53073-0282

PJL Properties, LLC
1537 Lyon Dr., #A23
Neenah, WI 54956

PLEASE TAKE NOTICE that corrections were made to paragraphs 8, 15, 24, 28, and 31 in the above-captioned opinion which was released on July 27, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.